UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES COOK, JR.,<br>Plaintiff,<br>v.<br>SECRETARY OF CDCR, et al.,<br>Defendants. | Case No. 1:26-cv-05755-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING ACTION |

Plaintiff James Cook, Jr., who is proceeding pro se and in forma pauperis, commenced this action on July 23, 2026. Doc. 1. On August 27, 2026, the assigned magistrate judge issued findings and recommendations recommending this action be dismissed for failure to state a cognizable claim for relief. Doc. 11. The findings and recommendations gave Plaintiff fourteen days to file any objections. *Id.* On September 18, 2026, Plaintiff filed objections.

Plaintiff's claim is based on his assertion that defendants negligently wired an electrical outlet plug in a cell, thereby causing him injury. While plaintiff argues in his objections that defendants deliberately installed the outlet plug, neither his first amended complaint nor his objections allege facts that would support a finding that a defendant knew of the defective wiring of the outlet plug and knowingly disregarded an excessive risk to plaintiff's safety.

In accordance with 28 U.S.C. § 636(b)(1), this court reviewed this matter de novo.

Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, the Court ORDERS:

1. The findings and recommendations (Doc. 11) filed August 27, 2026, are ADOPTED in full.
2. This matter is DISMISSED for failure to state a cognizable claim.
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: October 11, 2026

UNITED STATES DISTRICT JUDGE